IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY PAYNE**                                                                                       **PLAINTIFF**

v.                                        **CASE NO. 4:25-CV-00460-BSM**

**DOES**                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE